No. 591. RODD *v.* UNITED STATES. C. C. A. 9th. Certiorari denied. *Morris L. Ernst, Harriet F. Pilpel* and *A. L. Wirin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 672. KRIEGER *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Maurice R. Woulfe* for petitioner.

No. 687. NEBRASKA *v.* UNITED STATES ET AL. C. C. A. 8th. Certiorari denied. *Walter R. Johnson,* Attorney General of Nebraska, *C. S. Beck,* Deputy Attorney General, and *Robert A. Nelson,* Assistant Attorney General, for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Vanech* for the United States; and *Milton C. Murphy* and *Paul L. Martin* for McNish et al., respondents.

No. 708. SOBEL CORRUGATED & WOODEN BOX CO. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. C. C. A. 6th. Certiorari denied. *A. L. Kearns* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for respondent.

No. 715. TINSLEY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Kenneth Lawing* for petitioner.

No. 728. NORTH PIER TERMINAL CO. *v.* INTERSTATE COMMERCE COMMISSION. C. C. A. 7th. Certiorari denied. *John S. Burchmore, Nuel D. Belnap* and *Robert N.*